IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID BARNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15 C 9140 |
| ) | |
| CITY OF CICERO AND CICERO POLICE ) | Judge Darrah |
| OFFICER SIRGEDAS, STAR # 202, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

To: John O. O'Brien  Kellie Kristine Walters
Walters O'Brien Law Offices  Law Practice of Kellie K. Walters
800 W. Huron Street, Suite 4E  800 West Huron - 4E
Chicago, IL 60642  Chicago, IL 60642
312-730-0715  312-428-5890
312-277-7549 Fax  kelliewalters@gmail.com
Jpobrien21@gmail.com  *Attorney for Plaintiff*
*Attorney for Plaintiff*

PLEASE TAKE NOTICE that on November 19, 2015, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **THE TOWN OF CICERO'S ANSWER AND AFFIRMATIVE DEFENSES TO THE PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and served upon you herewith.

Respectfully Submitted,
TOWN OF CICERO

By: /s/ *K. Austin Zimmer*
K. Austin Zimmer

K. Austin Zimmer (#6276227)
Del Galdo Law Group, LLC
1441 South Harlem Avenue
Berwyn, IL 60402
(708) 222-7000
(708) 222-7001 FAX

## **CERTIFICATE OF SERVICE**

   The undersigned, an attorney, hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that he caused a copy of the foregoing Notice and Answer to be filed and served through the Court's CM/ECF Electronic Filing System and associated e-mail system upon all counsel of record identified above on November 19, 2015.


             *s/ K. Austin Zimmer*
             K. Austin Zimmer