## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DAVID BARNETT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF CICERO AND CICERO POLICE )<br>OFFICER SIRGEDAS, STAR # 202, )<br>)<br>Defendants. )<br>)<br>) | Case No. 15 C 9140<br><br>Judge Darrah |

## NOTICE OF FILING

To: John O. O'Brien  Kellie Kristine Walters
  Walters O'Brien Law Offices  Law Practice of Kellie K. Walters
  800 W. Huron Street, Suite 4E  800 West Huron - 4E
  Chicago, IL  60642  Chicago, IL  60642
  312-730-0715  312-428-5890
  312-277-7549 Fax  kelliewalters@gmail.com
  Jpobrien21@gmail.com  *Attorney for Plaintiff*
  *Attorney for Plaintiff*

   PLEASE TAKE NOTICE that on November 19, 2015, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **OFFICER SIRGEDAS' ANSWER AND AFFIRMATIVE DEFENSES TO THE PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and served upon you herewith.

              Respectfully Submitted,
               POLICE OFFICER SIRGEDAS

              By:  /s/ *K. Austin Zimmer*
                   K. Austin Zimmer

K. Austin Zimmer (#6276227)
Del Galdo Law Group, LLC
1441 South Harlem Avenue
Berwyn, IL 60402
(708) 222-7000
(708) 222-7001 FAX

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that he caused a copy of the foregoing Notice and Answer to be filed and served through the Court's CM/ECF Electronic Filing System and associated e-mail system upon all counsel of record identified above on November 19, 2015.


                                                *s/ K. Austin Zimmer*
                                                K. Austin Zimmer